UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERNESTO LARA, )  | | |
|     Plaintiff, ) | | |
| ) | | |
| vs. ) | | 1:04-cv-1220-RLY-TAB |
| ) | | |
| CAROL STOHRY, in her official capacity ) | | |
| as County Clerk for Shelby County; ) | | |
| THOMAS DEBAUN, in his official capacity) | | |
| as Sheriff of Shelby County; FRANK J. ) | | |
| ANDERSON, in his official capacity as ) | | |
| Sheriff of Marion County, ) | | |
|     Defendants. ) | | |

**FINAL JUDGMENT**

Comes now the court, having this day granted the motions for summary judgment filed by the Defendants, Carol Stohry, in her official capacity as County Clerk for Shelby County, Thomas Debaun, in his official capacity as Sheriff of Shelby County, and Frank J. Anderson, in his official capacity as Sheriff of Marion County, and now enters final judgment in Defendants' favor, and against the Plaintiff herein, Ernesto Lara.

**SO ORDERED** this 31st day of October 2005.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic Copies to:

Laurel S. Judkins
OFFICE OF CORPORATION COUNSEL
ljudkins@indygov.org

Rafael Ramirez
RAMIREZ LAW OFFICE
ramirezlaw@aol.com

John Thomas Roy
ST. PAUL STAFF COUNSEL OFFICE
john.roy@stpaul.com